UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE:

ULTIMATE, LLC                                      Case No. 08-10216-RGM
                                                   Chapter 7

               Debtor(s)

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the Trustee submits a check payable to "Clerk, United States Bankruptcy Court" in the amount of $594.72 representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. §2042 and shall not escheat under any state law.   The unclaimed funds represent the dividend(s) due and payable to

| **Creditor's Name** <br> **Acct. No. and Address** | **Claim** <br> **No.** | **Amount of** <br> **Dividend** |
|---|---|---|
| 7714 Lee Highway LLC <br> 357 Cameron Station Blvd. <br> Alexandria, VA 22304 | 2 | $594.72 |

Dated:    02/17/2010                        /s/  ROBERT O. TYLER
                                                  ROBERT O. TYLER, Chapter 7 Trustee
                                                  TYLER BARTL RAMSDELL & COUNTS PLC
                                                  700 S. Washington Street, Suite 216
                                                  Alexandria, Virginia 22314
                                                  (703) 549-5000